UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff<br>CAROL ANN BEKEMEYER<br>vs.<br>Defendant<br>BRISTOL-MYERS SQUIBB COMPANY | Case No.: 07 CIV 6817<br>Hearing Date:<br>Attorney of Record: |

## AFFIDAVIT OF SERVICE

Received this on **Bristol-Myers Squibb**

I, ROBBIE LAWSON, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Aug 16 2007 2:30AM, I executed service of COMPLAINT AND DEMAND FOR JURY TRIAL; SUMMONS on BRISTOL-MYERS SQUIBB COMPANY at JUDI GUMAS, 345 PARK Avenue, NEW YORK, New York County, NY 10154-0037

By Personal Service to: JUDI GUMAS, ASS'T CORPORATE SECRETARY, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 140-160 lbs with blonde hair and glasses

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ Execute on Aug 18, 2007
ROBBIE LAWSON, Reg. # 601689, BRNX, NY

State of New York County of _New York_
Subscribed and sworn to before me, a notary public on Aug 18, 2007

_____
Notary Public

CYNTHIA FRETT
Notary Public, State of New York
No. 01FR4501699
Qualified in New York County
Commission Expires May 13, 2009

ID: 8209885
Client Reference: 15860569

PFI Order No. 8209885