# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

CAROL ANN BEKEMEYER

**APPEARANCE**

v.

BRISTOL-MYERS SQUIBB COMPANY ET AL.        Case Number: 07-06817

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL-MYERS SQUIBB COMPANY

I certify that I am admitted to practice in this court.

_9/28/07_
Date

Signature _(signed)_

| David Covey | DC 3729 |
|---|---|
| Print Name | Bar Number |

125 Broad Street, 39th Fl.
Address

| New York | New York | 10004-2400 |
|---|---|---|
| City | State | Zip Code |

| (212) 422-0202 | (212) 422-0925 |
|---|---|
| Phone Number | Fax Number |

David.covey@sdma.com