## CERTIFICATE OF SERVICE

I, Barry L. Gerstman, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via Regular Mail on this 28th day of September, 2007 upon the following:

> David S. Nalven, Esq.
> Kimberly Dougherty, Esq.
> Hagens Berman Sobol Shapiro LLP
> One Main Street, Fourth Floor
> Cambridge, MA  02142
>
> Robert B. Cary, Esq.
> Donald Andrew St. John, Esq.
> Hagens Berman Sobol Shapiro LLP
> 2425 E. Camelback Road, Suite 650
> Phoenix, Arizona  85016

_____
Barry L. Gerstman (BG-3691)

Dated:   New York, New York
         September 28, 2007