UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL ANN BEKEMEYER,<br><br>    Plaintiff,<br><br> vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Defendant. | C.A. No. 07-6817 (HB)<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable Harold Baer, Jr.) |

Plaintiff Carol Ann Bekemeyer, by and through her attorneys, hereby notifies the Court that on this date she served her Initial Disclosure Statement by mailing the original to counsel for Bristol-Myers Squibb Company.

RESPECTFULLY SUBMITTED this 5th day of October, 2007.

                **HAGENS BERMAN SOBOL SHAPIRO, LLP**

                s/Donald Andrew St. John
                Robert B. Carey
                Donald Andrew St. John
                HAGENS BERMAN SOBOL SHAPIRO LLP
                2425 E. Camelback Road, Suite 650
                Phoenix, Arizona 85016
                Telephone: (602) 840-5900
                Facsimile: (602) 840-3012

                David S. Nalven, DN-2374
                Kimberly A. Dougherty, DN-58014
                HAGENS BERMAN SOBOL SHAPIRO LLP
                One Main Street, 4th Floor
                Cambridge, MA 02142
                Telephone: (617) 482-3700
                Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on October 5, 2007, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

I hereby certify that I transmitted via United Parcel Service Next Day Air the Notice of Service of Plaintiff's Rule 26 Initial Disclosure Statement to the following:

**Barry Gerstman**
Sedwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400

                                                                                      s/Donald Andrew St. John