UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

CAROL ANN BEKEMEYER,

    Plaintiff,

vs.

BRISTOL-MYERS SQUIBB COMPANY,

    Defendant.

C.A. No. 07-6817 (HB)

**NOTICE OF SERVICE**

(Assigned to the Honorable Harold Baer, Jr.)

Plaintiff Carol Ann Bekemeyer, by and through her attorneys, hereby notifies the Court that on February 20, 2008, she served, by mailing the originals to counsel for Bristol-Myers Squibb Company, Responses to Defendants' Discovery Demands as follows:

1. NOTICE FOR DISCOVERY & INSPECTION OF DOCUMENTS WHICH WILL BE USED TO ESTABLISH ECONOMIC LOSS, ETC.;

2. DEMAND FOR LIEN INFORMATION;

3. NOTICE FOR PRODUCTION OF MOVIES;

4. DEMAND FOR COLLATERAL SOURCE INFORMATION;

5. DEMAND FOR STATEMENTS;

6. NOTICE FOR DISCOVERY & INSPECTION OF X-RAYS AND OTHER DIAGNOSTIC FILMS;

7. DEMAND FOR EXPERT WITNESS DISCLOSURE;

8. NOTICE FOR DISCOVERY & INSPECTION;

9. DEMAND FOR INCOME TAX RETURNS;

10. DEMAND FOR EMPLOYMENT AND EDUCATIONAL INFORMATION;

11. DEMAND FOR NAMES AND ADDRESSES OF WITNESSES;

12. DEMAND FOR MEDICAL INFORMATION AND AUTHORIZATIONS;

13. NOTICE OF DISCOVERY & INSPECTION.

RESPECTFULLY SUBMITTED    February 20, 2008.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

s/Donald Andrew St. John
Robert B. Carey
Donald Andrew St. John
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

David S. Nalven, DN-2374
Kimberly A. Dougherty, DN-58014
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on February 20, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

\_\_\_\_s/Georgia O'Neill_____