UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL ANN BEKEMEYER,

               Plaintiff,

  vs.

BRISTOL-MYERS SQUIBB COMPANY,

               Defendant.

C.A. No. 07-6817 (HB)

**NOTICE OF SERVICE**

(Assigned to the Honorable Harold Baer, Jr.)

Plaintiff Carol Ann Bekemeyer, by and through her attorneys, hereby notifies the Court that on February 29, 2008, she served her Initial Response to Defendants' Interrogatories, by mailing the original to counsel for Bristol-Myers Squibb Company.

RESPECTFULLY SUBMITTED: February 29, 2008.

                              **HAGENS BERMAN SOBOL SHAPIRO, LLP**

                              s/ Donald Andrew St. John
                              Robert B. Carey
                              Donald Andrew St. John
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              2425 E. Camelback Road, Suite 650
                              Phoenix, Arizona 85016
                              Telephone: (602) 840-5900
                              Facsimile: (602) 840-3012

                              David S. Nalven, DN-2374
                              Kimberly A. Dougherty, DN-58014
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              One Main Street, 4th Floor
                              Cambridge, MA 02142
                              Telephone: (617) 482-3700
                              Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on February 29, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

____s/Georgia O'Neill_____